Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/25/2019



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHEILA KAY SUTTON | ) | Case No. 11-09289-CW3-13 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Walker |

**ORDER APPROVING SETTLEMENT AND PROPOSED DISTRIBUTION OF PROCEEDS**

It appearing to the Court, based upon the request of the Trustee as indicated by his electronic signature below, that the Trustee has filed a notice and motion seeking approval of a proposed settlement and distribution of settlement proceeds and that no party has objected or requested a hearing on the motion, it is, therefore,

ORDERED, the settlement of the debtor's product liability claim is approved to the extent necessary to permit distribution of settlement proceeds to the Trustee necessary to pay the remaining balance of the allowed unsecured claims in the debtor's chapter 13 case; it is further

ORDERED, the approximate amount required to satisfy the balance of the allowed unsecured claims is $4,300 but, if appropriate, the Trustee shall provide an updated or corrected statement of the amount required; it is further

ORDERED, the settlement fund administrator shall disburse the Court-Ordered Federal MDL Assessment of $16,078.57, attorney's fees of $122,197.15 and expenses of $84,723.93, and $4,300 (subject to any update or correction) to Trustee Henry E. Hildebrand, III, and the remaining settlement proceeds to the Debtor; it is further

ORDERED, the Trustee is authorized to disburse the funds in accordance with the confirmed plan; it is further

ORDERED, the Debtor is authorized to execute and deliver any and all release documentation required by defendants (the "Release"), and the Release shall be valid and enforceable according to its terms and binding upon the Debtor and the bankruptcy estate, and that no consent of the Chapter 13 Trustee, or signature by the Chapter 13 Trustee on the Release, is necessary for the Release to be valid, binding, and enforceable and to constitute a full and complete release of any and all claims being released and resolved by the Release.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ James M. Davis
James M. Davis
Counsel to the Chapter 13 Trustee
P. O. Box 340019
Nashville, TN  37203-0019
615-244-1101; Fax 615-242-3241
pleadings@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.